IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUGTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> CIRCLE R MECHANICAL CONTRACTORS, INC. <br><br> Defendant. | Case No. 1:13-cv-231 (AJT/IDD) |

## ORDER

This matter is before the Court on the Report and Recommendation (Doc. No. 15) of the Magistrate Judge recommending that default judgment be entered against defendant Circle R Mechanical Contractors, Inc., and in favor of plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund, in the amount of $6,677.57. No objections to the Report and Recommendation have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's motion for default judgment (Doc. No. 13) be, and the same hereby is, GRANTED; it is further

ORDERED that default judgment be, and the same hereby is, entered against Defendants in favor of plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund, in the amount of $3,669.30 in liquidated damages for the months of October 2012 through January 2013; $746.98 in interest accruing from the date due through the date of payment; $1,700.00 in reasonable attorneys' fees; and $561.29 in costs, for a total award

to plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund of $6,677.57.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to Sandy Reitman and Circle R Mechanical Contractors, Inc., both at:

> Sandy Reitman
> Authorized Agent/Office Manager
> 4011 N 150 W
> Columbus, IN 47201-9576

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 28, 2014